WILLIAM C. CALLAHAM, ESQ. / SBN: 60728
CHRISTOPHER G. ROMERO, ESQ. / SBN: 309164
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IELL, a minor, by and through his Guardian ad Litem, JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 5:26-cv-07983-SVK<br><br>**[~~PROPOSED~~] ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR PLAINTIFF IELL** |

Before the Court is the motion of Plaintiff IELL, a minor, for the appointment of ELOISA SARMIENTO as guardian ad litem to prosecute this action on the minor's behalf. Having considered the motion, the supporting declaration of ELOISA SARMIENTO, and the record in this matter, and good cause appearing, the Court GRANTS the application.

**I.**

**LEGAL STANDARD**

A minor who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem, and the Court "must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Federal Rule of Civil Procedure 17 (c)(2). District courts have a special duty under Rule 17(c) to safeguard the interests of litigants who are minors.

A party's capacity to sue is determined by the law of the individual's domicile. Federal Rule of Civil Procedure 17 (b)(1). In determining whether to appoint a particular guardian ad litem, the Court considers whether the minor and the proposed guardian have

divergent interests. Id. The Court has broad discretion in ruling on an application for appointment of a guardian ad litem.

## II.

## FINDINGS

Based on the motion and supporting declaration, the Court finds as follows:

1. Plaintiff IELL was born on August 12, 2023, is currently three years of age, and is therefore a minor within the meaning of Federal Rule of Civil Procedure 17(c).

2. IELL has no general guardian or duly appointed representative authorized to prosecute this action on his/her behalf.

3. ELOISA SARMIENTO is the minor's natural mother, is over the age of eighteen, is fully competent and qualified to understand and protect the rights of the minor, and has consented to serve.

4. ELOISA SARMIENTO has no interest adverse to or divergent from that of the minor, and has disclosed no actual or potential conflict of interest arising from the appointment.

5. The minor is represented in this action by counsel of record, and the appointment is in the minor's best interests.

## III.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for appointment of a guardian ad litem is GRANTED.

2. ELOISA SARMIENTO is appointed guardian ad litem for minor Plaintiff IELL in this action, and is authorized to prosecute this action on the minor's behalf, to appear and participate in all proceedings herein, and to take all actions reasonably necessary to protect the minor's interests, in each case acting through counsel of record.

///

///

///

3. The authority conferred by this Order does not extend to the compromise, settlement, or dismissal of the minor's claims, or to the disposition of any proceeds thereof, absent further order of this Court following the inquiry required by Federal Rule of Civil Procedure 17(c).

4. The caption of this action shall reflect that Plaintiff IELL appears by and through his/her guardian ad litem, ELOISA SARMIENTO. All filings shall refer to the minor by initials only in accordance with Federal Rule of Civil Procedure 5.2(a)(3).

5. This appointment shall remain in effect until the conclusion of this action or until further order of the Court, including upon the minor attaining the age of majority.

IT IS SO ORDERED.

Dated: 9/16/26

Susan van Keulen

United States Magistrate Judge