CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
FAX: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IELL, a minor, by and through his/her guardian ad litem, Eloisa Sarmiento,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 5:26-CV-7983-KAW<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION** |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on July 31, 2026 (ECF No. 1);

WHEREAS, on August 6, 2026, the case was assigned to this Honorable Court, and the Initial Case Management Conference was set for November 3, 2026 (ECF Nos. 3-4);

WHEREAS, on September 18, 2026, the summons was issued as to Defendant (ECF No. 14);

WHEREAS, on October 9, 2026, the Court Clerk continued the Case Management to November 10, 2026, with a Case Management Statement due by November 3, 2026;

WHERAS, on October 28, 2026, undersigned counsel for Defendant made his appearance and filed his consent to proceedings before a United States Magistrate Judge (ECF Nos. 17-18);

WHEREAS, on October 28, 2026, and November 3, 2026, Defendant's counsel emailed Plaintiff's counsel to ask if they would stipulate to a 60-day extension of time given defense counsel's recent assignment to this case, and Plaintiff's counsel agreed to the request.

WHEREAS, the parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 5, 18); and

WHEREAS there have been no previous requests for time modification in this case;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, that:

The current case management schedule shall be extended approximately 60 days, such that the initial case management conference scheduled on November 10, 2026 shall be vacated and continued, along with all associated deadlines, to January 12, 2027; and the case management statement shall be due January 5, 2027.

DATED: November 3, 2026

/s/ ______________________
CHRISTOPHER ROMERO
Wilcoxen Law
Attorneys for Plaintiff

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Kenneth J. Kao[1]
KENNETH J. KAO
Assistant United States Attorney
Attorneys for Defendant

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

# DECLARATION OF KENNETH J. KAO

I, Kenneth J. Kao, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. Plaintiff filed the Complaint on July 31, 2026 (ECF No. 1);

3. On August 6, 2026, the case was assigned to this Honorable Court, and the Initial Case Management Conference was set for November 3, 2026 (ECF Nos. 3-4);

4. On September 18, 2026, the summons was issued as to Defendant (ECF No. 14);

5. On October 9, 2026, the Court Clerk continued the Case Management to November 10, 2026, with a Case Management Statement due by November 3, 2026;

6. On October 28, 2026, I made my appearance and filed the Defendant's consent to proceedings before a United States Magistrate Judge (ECF Nos. 17-18);

7. On October 28, 2026, and November 3, 2026, I emailed Plaintiff's counsel to ask if they would stipulate to a 60-day extension of time given my recent assignment to this case, and Plaintiff's counsel agreed to the request.

8. The parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 5, 18); and

9. WHEREAS there have been no previous requests for time modification in this case;

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 3rd day of November, 2026, in San Francisco, California.

/s/ *Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The current case management schedule shall be extended approximately 60 days, such that the initial case management conference scheduled on November 10, 2026 shall be vacated and continued, along with all associated deadlines, to January 19 ~~January 12~~, 2027. The case management statement will be due one week prior on January 12 ~~January 5~~, 2027.

DATED: November 4, 2026

THE HON. SUSAN VAN KEULEN
United States Magistrate Judge